**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RAUL DELGADILLO PORTELA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-06-855-M |
| | ) | |
| JOSEPH SCIBANA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

On August 31, 2006, United States Magistrate Judge Robert Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241. Magistrate Judge Bacharach recommends that this Court deny Petitioner's Petition for Writ of Habeas Corpus. Petitioner was advised of his right to object to the Report and Recommendation by September 21, 2006. A review of the file reveals that no objection has been filed.

Having carefully reviewed this matter *de novo*, the Court:

(1)  ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Bacharach on August 31, 2006;

(2)  DENIES Petitioner's Petition for Writ of Habeas Corpus [docket no. 1]; and

(3)  ORDERS that judgment in favor of Respondent issue forthwith.

**IT IS SO ORDERED this 18th day of October, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE